# United States District Court

WESTERN DISTRICT OF WASHINGTON

TUAN THANH PHAN

JUDGMENT IN A CIVIL CASE

v.

DAN PACHOLKE

CASE NUMBER: C07-5564BHS/KLS

- ___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

- XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

petitioner's federal *habeas corpus* petition is DISMISSED.

| | |
|---|---|
| March 14, 2008 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |